IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ROYCHESTER WALKER, #292219, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 1:20-CV-111-WHA |
| | ) |
| COMMANDER BRAZIER, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On June 17, 2020, the Magistrate Judge entered a Recommendation (Doc. #14) to which no timely objections have been filed.  After an independent review of the file and upon consideration of the Recommendation, it is ORDERED that:

1.  The Recommendation of the Magistrate Judge is ADOPTED.

2.  This case is DISMISSED without prejudice for the plaintiff's failure to provide a current address as ordered by this court.

A separate Final Judgment will be entered.

DONE this 7th day of July, 2020.


    /s/ W. Harold Albritton
    SENIOR UNITED STATES DISTRICT JUDGE